**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1109**

———————————

EKANEM UFIA EKANEM,

                                        Petitioner,

    versus

ALBERTO R. GONZALES, Attorney General,

                                        Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A79-745-883)

———————————

Submitted:  May 25, 2005                Decided:  July 5, 2005

———————————

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Ekanem Ufia Ekanem, Petitioner Pro Se.  Daniel Eric Goldman, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ekanem Ufia Ekanem, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals (Board). The order denied his motion to reopen the Board's summary dismissal of his appeal from the Immigration Judge's order denying relief from removal. We have reviewed the record and the Board's order and find no abuse of discretion in the Board's denial of the motion to reopen. See 8 C.F.R. §§ 1003.1(d)(2)(i)(E); 1003.2(a)(2005). In addition, we deny Ekanem's pending motion for a stay of removal. See 8 U.S.C. § 1252(f)(2) (2000).

Accordingly, though we grant Ekanem's motion to proceed on appeal in forma pauperis, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED